**WO**

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| United States of America, | ) | No. CR 04-1073-PCT-DGC |
|---|---|---|
| Plaintiff, | ) | No. CV 07-8162-PCT-DGC (ECV) |
| v. | ) | **ORDER** |
| Eric John Meisner, | ) | |
| Defendant/Movant. | ) | |

Movant Eric John Meisner, who is confined in FCI Fairton, in Fairton, New Jersey, filed a *pro se* "Motion Under 28 USC § 2255 to Vacate, Set Aside or Correct Sentence by a Person in Federal Custody," which the Court dismissed as premature. Doc.# 116, 118. The Court subsequently denied a motion for reconsideration and a "motion of rebuttal" and to stay proceedings. Doc.# 120, 121, 125, 126. The Court also ordered Movant not to directly contact the court reporter. Doc.# 131. Movant filed a "Renewed Motion of Rebuttal and [to] Stay the Proceedings" with a supplemental memorandum, which the Court denied. Doc.# 129, 130. He also filed an objection to the Order prohibiting him from directly contacting the court reporter and two notices, which the Court denied. Doc.# 132, 133, 135. Movant sent the Court a Letter dated April 11, 2008 requesting materials, which the Court addressed by order. Doc.## 134, 136.

Movant has now sent another letter to the Court, dated July 17, 2008 and received by the Court on August 18, 2008, requesting copies of the Court's local rules, complaining about his appellate counsel, asking the Court to stay his § 2255 proceeding, requesting copies of audio tapes from the court reporter, and requesting a direct telephone number so that he can

call the Court.  The Court has addressed several of these matters in previous orders.  *See* Dkt.

## 131, 136.  Movant has raised similar matters with the Ninth Circuit.  *See* Dkt. # 135.

**IT IS ORDERED:**

1.      Movant shall not engage in further correspondence with the Court or the

Court's staff.  Matters will be raised only by motion.

2.      The Clerk shall mail a copy of this order and Dkt. ## 131, 136 to Movant at

Eric John Meisner
#82318-008
FCI Fairton B-Left
P.O. Box 420
Fairton, NJ   08320

DATED this 21st day of August, 2008.

_____
David G. Campbell
United States District Judge